UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

UNITED STATES OF AMERICA

v. Case No.: 2:23-cr-36-SPC-KRH

RUSSELL ULTES

---

**OPINION AND ORDER**

Before the Court is Defendant Russell Ultes' Motion for Early Termination of Supervised Release. (Doc. 56). Neither the United States nor the Probation Office oppose the motion. (Docs. 56, 59). For the following reasons, the motion is granted.

Defendant pled guilty to tax fraud. The Court sentenced him in September 2023. (Doc. 43). In October 2023, the Court entered an amended judgment, sentencing Defendant to nine months' imprisonment, 36 months of supervised release, and 270 days of home detention. (Doc. 45). He was also ordered to pay a fine of $75,000, and a special assessment of $100, both of which he has now satisfied. (Doc. 56 at 2).

On August 7, 2024, Defendant was released from prison and began his supervision sentence. Defendant has since retired and now remains home to care for his disabled adult daughter while assisting his other daughter with completing high school before starting college this fall. According to the

Probation Officer, Defendant has complied with all conditions of supervision. (*Id.*).

"The court may, after considering the factors set forth in section 3553(a)(1), (a)(2)(B), (a)(2)(C), (a)(2)(D), (a)(4), (a)(5), (a)(6), and (a)(7)[,]

> (1) terminate a term of probation and discharge the defendant at any time after the expiration of one year of probation, pursuant to the provisions of the Federal Rules of Criminal Procedure relating to the modification of probation, if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice."

18 U.S.C. § 3583(e)(1).

After considering the law against the record, the Court will end Defendant's term of supervised release early. Defendant has served approximately two years of his term of supervised release without incident. The Government and the Probation Officer do not object to his request. The Court thus finds that early termination of Defendant's supervised release is in the best interests of justice, Defendant, and the public.

Accordingly, it is

**ORDERED**:

Defendant Russell Ultes' Motion for Early Termination of Supervised Release (Doc. 56) is **GRANTED**. Defendant's term of supervised release shall terminate on **August 15, 2026**.

**DONE** and **ORDERED** in Fort Myers, Florida on July 29, 2026.

SHERI POLSTER CHAPPELL
UNITED STATES DISTRICT JUDGE

Copies: All Parties of Record